EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* JOSÉ
JAVIER Y HERMINIO CALDERÓN, acusados y apelantes.

No. 2712.—*Resuelto:* Junio 9, 1926.

DERECHO PENAL—APELACIÓN Y ERROR Y CERTIORARI—SEÑALAMIENTO DE ERRORES
Y ALEGATOS—DE LOS ALEGATOS—SU RADICACIÓN FUERA DEL TÉRMINO Y
EFECTO.—Si bien cuando un apelante radica su alegato dentro de un término
razonable subsiguientemente a la fecha en que venció la prórroga concedida
para presentarlo y antes de que se pida la desestimación o la corte la de-
crete *motu proprio* dicho alegato, será aceptado, sin embargo, si presentada
moción de reconsideración de resolución que denegó moción de prórroga no
se acompaña alegato alguno a la misma ni se presentan razones para no
haberlo hecho hasta entonces, procede desestimar la apelación interpuesta.

MOCIÓN SOBRE RECONSIDERACIÓN de resolución que declaró sin lugar
    moción solicitando prórroga del término para radicar alegato.
*Bolívar Pagán,* abogado de los apelantes.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tri-
    bunal.

En abril de 1926 los apelantes presentaron una moción
solicitando la suspensión del señalamiento de la vista y que
se fijara otra fecha, y solicitaron también que se les conce-

diera un término de diez días para radicar un alegato. Ambas peticiones fueron concedidas. En mayo 4, 1926, los apelantes radicaron otra moción solicitando una prórroga del término, moción que fué declarada sin lugar por el fundamento de haber vencido el término para radicar el alegato el día 3 de mayo de 1926. Los apelantes han presentado una moción de reconsideración por el fundamento de haber incurrido ellos en un error al calcular el término en que su anterior prórroga vencía.

La práctica uniforme de esta corte ha sido negarse a conceder prórrogas para presentar alegatos una vez que el término concedido realmente ha vencido, pero entiéndese entonces, a semejanza de la regla 58 de esta corte, que si el apelante radica su alegato dentro de un término razonable subsiguientemente y antes de que se pida la desestimación, o de que esta corte la decrete por su propio acuerdo, dicho alegato será aceptado. En el presente caso, con la moción de reconsideración no se radicó el alegato ni tampoco se presentó un affidavit de méritos y no se ha radicado u ofrecido presentar ningún alegato hasta la fecha de esta opinión.

En varios casos esta corte ha abierto o se ha negado a abrir una rebeldía, dependiendo de la naturaleza del alegato presentado. Pero en este caso el apelante no nos ha presentado razones para variar nuestra práctica y *la moción de reconsideración debe ser denegada.*